DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY MCLANE,**
Appellant,

v.

**GREGG WALLICK,** et al.,
Appellees.

No. 4D2025-2057

[June 18, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Danielle A. Sherriff, Judge; L.T. Case No. 502021CC008056XXXXMB.

Robert George Rydzewski, Jr. of Law Office of Robert Rydzewski, Fort Pierce, for appellant.

Pennie Shawntae Andraneice Mays and Sarah Shavers of Glazer & Sachs, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***